CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVON JONES,<br><br>        Defendant. | 3:22-MJ-00018-CLB<br><br>**ORDER ON STIPULATION TO CONTINUE PRELIMINARY EXAMINATION** |

    IT IS HEREBY STIPULATED AND AGREED by and through CHRISTOPHER CHIOU, Acting United States Attorney for the District of Nevada, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and JAWARA GRIFFIN, Assistant Federal Public Defender, counsel for DEVON JONES, that the preliminary examination under Fed. R. Crim. P. 5.1 currently set for February 11, 2022, at 11:00 a.m., be continued until March 4, 2022 at 11:00 a.m. Through

/ / /

counsel, defendant waives the preliminary examination pursuant to Fed. R. Crim. P. 5.1(a)(1) until March 4, 2022, at 11:00 a.m.

DATED this __ day of February, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/ Megan Rachow  
MEGAN RACHOW
Assistant United States Attorney

 /s/ Jawara Griffin  
JAWARA GRIFFIN
Assistant Federal Public Defender
Counsel for Defendant Jones

IT IS SO ORDERED.

_____
CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: 2/8/2022