# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:22-CR-00007-RCJ-CSD |
| Plaintiff, | |
| vs. | MINUTE ORDER |
| DEVON JONES<br>SHANEQUA CHARLES | |
| Defendant (s). | |

**MINUTE ORDER IN CHAMBERS**

On February 21, 2023, the Court held a Calendar Call hearing in this pending case to confirm the matter is ready to proceed to trial on March 13, 2023. As discussed on record, the parties failed to file the joint stipulation to continue trial or the necessary trial documents. Therefore, the Court will dismiss the action without prejudice.

IT IS ORDERED that this case is dismissed without prejudice on the grounds of failure to prosecute. The Clerk of Court shall close this case.

IT IS FURTHER ORDERED Defendant Devon Jones is to be released from custody of the U.S. Marshal as to this matter.

IT IS FURTHER ORDERED Defendant Shanequa Charles' bond is exonerated.

IT IS SO ORDERED this 27th day of February 2023.

_____
ROBERT C. JONES
United States District Court Judge